1  COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

2  Name: CARTHEN        TREMANE        D.
       (Last)           (First)        (Middle Initial)

4  Prisoner Number: 16353-002

5  Institutional Address: Atwater United States Penitentiary P.O.Box 019001
6  Atwater, California 95301

(PR)

8  UNITED STATES DISTRICT COURT
9  NORTHERN DISTRICT OF CALIFORNIA

CV19    6084   SK

10  Tremane Darnell Carthen
    (Enter your full name.)

                vs.                        Case No. _____
                                           (Provided by the clerk upon filing)
12  Lt. Officer P. Scott
13  Officer G. Perez                       COMPLAINT UNDER THE
                                           CIVIL RIGHTS ACT,
14  Officer N. Bradley - Officer Lodge     42 U.S.C. § 1983
    (Enter the full name(s) of the defendant(s) in this action.)

## I. Exhaustion of Administrative Remedies.

*Note:* You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A.  Place of present confinement: Atwater Penitentiary Atwater, California

B.  Is there a grievance procedure in this institution?   YES ☑   NO ☐

C.  If so, did you present the facts in your complaint for review through the grievance procedure?   YES ☑   NO ☐

D.  If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

   1. Informal appeal: Remedy ID# 950131-R1 Date Received at Western Regional Office August 9, 2018 and a response was due September 8, 2018 No Response, filed an Appeal to Washington D.C. and no response

2. First formal level: Remedy ID# 950131-R1 was the date Western Regional Office received the complaint. The first few PREA incidents were filed within the Prison with SIS and these incidents continued.

3. Second formal level: I filed an appeal to Washington D.C. concerning the incident reported to the Western Regional Office and another staff related sexual abuse incident

4. Third formal level: I filed another complaint to the D.O.J through the online site on the computer for a separate sexual abuse by staff

E. Is the last level to which you appealed the highest level of appeal available to you?

YES ☑   NO ☐

F. If you did not present your claim for review through the grievance procedure, explain why.

## II. Parties.

A. Write your name and present address. Do the same for additional plaintiffs, if any.

Tremane Darnell Carthen

B. For each defendant, provide full name, official position and place of employment.

Lt. P. Scott works as a Lt. at Atwater Penitentiary of Atwater California
Officer G. Perez works at Atwater Penitentiary and is now SIS Officer
Officer N. Bradley works at Atwater Penitentiary in Atwater, California
Officer Lodge works at Atwater Penitentiary as a Compound Officer in Atwater, California

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

On 7-14-18 I was stopped by Officer Perez to do a pat search after coming out of the chow hall for lunch. Officer G. Perez reached between my legs and touched my balls. I told him to never touch me in that area again and then he asked for me to do a visual which is a strip search. I was escorted to the holding tank by him and Lt. P. Scott and after I refused to strip the Lt. P. Scott told me to turn around and place my hands on the wall. Then the Lt. P. Scott grabbed my shirt and proceeded to forcefully take off my clothing without my consent. On Feb. 5, 2018 Officer N. Bradley asked me to step out of the cell that I was in and he wanted to pat search me. I complied and placed my hands on the wall and that's when this Officer sticks his hands down the front of my pants and rubbs his hand across my dick. I immediately pulled his hands out of my pants and told him not to stick his hands down in my pants again ever. On Sept. 19, 2018 I was placed in the SHU for the PREA incident that was filed on Officer Lodge through the DOJ sexual abuse on the computer. Evidence has been taken from my property concerning these incidents by officers.

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

I ask that the court grant me the relief of **1.7** million in U.S. currency and I also ask that aggravated abuse charges be brought up and filed against each officer involved within this civil complaint and a restraining order. I would like for my GCT time that was taken from me while incarcerated at Atwater Penitentiary to be given back to me.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 1-25-2019

*Date*  *Signature of Plaintiff*

PRISONER COMPLAINT (rev. 8/2015)
Page 3 of 3

Statement of Claim continued...

On 9-19- the Plaintiff was placed in the SHU under investigation for the PREA Report filed on Officer Lodge. Officer Lodge pulled Carthen (Plaintiff) over on the sidewalk in front of building #3B and asked to search him. Inmate Carthen complied and raised his arms above his head and that's when Officer Lodge reaches down the front inside of his pants and rubbs his hands across the Plaintiffs dick in search of something. Carthen removed the Officers hands from his pants and told him not to ever place his hands down the inside of his pants. Officer Lodgen then escorts Carthen to the holding tank where he asked to do a visual and Carthen complies after a heated dispute and tells Officer Lodge that he will write him up for sexual harrassment.

There has been a few other incidents that were reported to the Lt. Martinez who works at Atwater Penitentiary about other officers targeting inmate Carthen with these offensive and inappropiate searching procedures.

To whom it may concern:

Clerk of Court,

I am a prisoner who is incarcerated at United States Penitentiary of Atwater. I am requesting that you accept and file this complaint as soon as possible and I am indigent in which I will need to Proceed In Forma Pauperis. Can you please send me the proper form in which I need to fill out for to proceed with the processing of this complaint. In Forma Pauperis Application needed as soon as possible. I am familiar with the form so please mail it to me at this same address: United States Penitentiary of Atwater
P.O. Box 019001
Atwater, California 95301

Thank you,

Tremane Carthen 16353-002

Signed *Tremane Carthen*

Date January 25th 2019