United States District Court
Eastern District of California

FILED
FEB 27 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

United States Penitentiary of Atwater
Atwater, California 95301 P.O. Box 019001
Tremane Darnell Carthen
# 16353-002
Plaintiff/Petitioner

vs.

Case No. 1:19-CV-00227-EPG-PC

P. Scott, Et Al.,
Defendant(s)/Respondents

## Notice of Amendment to Complaint

Comes now before the Eastern District Court of California United States Magistrate Judge the Plaintiff with a motion to Amend his complaint with one of the Officers names that was unknown at the time his initial complaint was filed. "Officer Lemoines" works as one of the Compound Officers at Atwater Penitentiary of Atwater California. Officer Lemoines was the third Officer inside the holding tank on July 14, 2018 who assisted in the incident with Lt. P. Scott and Officer G. Perez.

Furthermore, there was another Officer Related/Sexual Abuse complaint filed against an Officer who works at Atwater Penitentiary in which the Plaintiff filed this complaint on the computer inside the Unit with the DOJ. This specific incident happened while the Plaintiff was inside the HealthCare Unit one morning of 2018 and after the incident the Plaintiff immediately filed the PREA Complaint and the Officers name is unknown at this time. As soon as the Plaintiff is able to recognize this Officer again he will Amend to the complaint the defendant's name.

Respectfully submitted on this 25th day of February 2019

signed _Tremane Carthen_

Printed TREMANE CARTHEN

# United States District Court
## Eastern District of California

Tremane Carthen #16353-002
United States Penitentiary of Atwater
P.O. Box 019001 Atwater, California 95301
__Plaintiff__

v.

P. Scott, Et AL.
__Defendant__

Case No. 1:19-CV-00227-EPG-PC

Proof of Service

I hereby certify that on __February 25th 2019__, I served a copy of the attached __Notice of Admendment to Complaint Petition__ by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at

Atwater, California 95301 P.O. Box 019001
United States Penitentiary of Atwater

I declare under the penalty of perjury that the foregoing is true and correct

_Tremane Carthen_