# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMANE DARNELL CARTHEN,<br><br>      Plaintiff,<br><br>  v.<br><br>P. SCOTT, et al.,<br><br>      Defendants. | Case No. 1:19-cv-00227-DAD-EPG (PC)<br><br>ORDER RE: PLAINTIFF'S NOTICE OF AMENDMENT TO COMPLAINT<br><br>(ECF NO. 10) |

Tremane Carthen ("Plaintiff") is a federal prisoner proceeding *pro se* with this civil rights action. On February 27, 2019, Plaintiff filed a "Notice of Amendment to Complaint."

Plaintiff may not amend his complaint in this manner. Under this Court's local rules, "[u]nless prior approval to the contrary is obtained from the Court, every pleading to which an amendment or supplement is permitted as a matter of right or has been allowed by court order shall be retyped and filed so that it is complete in itself without reference to the prior or superseded pleading. No pleading shall be deemed amended or supplemented until this Rule has been complied with." Local Rule 220.

Accordingly, if Plaintiff wants to amend his complaint, he should file an amended complaint that is complete in itself.

IT IS SO ORDERED.

Dated:   __**March 1, 2019**__          /s/ _Erica P. Grosjean_
                                           UNITED STATES MAGISTRATE JUDGE