# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMANE DARNELL CARTHEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>P. SCOTT, et al.,<br><br>　　　　　Defendants. | Case No. 1:19-cv-00227-DAD-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SETTING OF TRIAL DATE, WITHOUT PREJUDICE<br><br>(ECF NO. 20) |

　　　　Tremane Carthen ("Plaintiff") is a federal prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action.

　　　　Pursuant to the Standing Order in Light of Ongoing Judicial Emergency in the Eastern District of California (ECF No. 18), Plaintiff filed a motion seeking the setting of a trial date. (ECF No. 20).

　　　　Plaintiff's motion will be denied, without prejudice. This case is currently at the screening stage, and the Court has found that Plaintiff's complaint fails to state any cognizable claims (ECF No. 19). No defendants have been served and no schedule has been set.

　　　　If Plaintiff's case is allowed to proceed, Plaintiff may renew his motion after defendant(s) have been served and have appeared.

\\\

\\\

\\\

1

Accordingly, IT IS ORDERED that Plaintiff's motion seeking the setting of a trial date is DENIED without prejudice.

IT IS SO ORDERED.

Dated: **April 6, 2020**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE