UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMANE DARNELL CARTHEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>P. SCOTT, et al.,<br><br>　　　　　Defendants. | No. 1:19-cv-00227-DAD-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 23) |

Plaintiff Tremane Darnell Carthen is a federal prisoner proceeding pro se and *in forma pauperis* in this civil rights action brought pursuant to *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971). (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 26, 2020, the assigned magistrate judge screened plaintiff's complaint and concluded that plaintiff has failed to state any cognizable claims. (Doc. No. 19.) Plaintiff was directed to either file a first amended complaint or notify the court of his intent to stand by the complaint within thirty (30) days after service. (*Id.* at 9–10.) On April 17, 2020, plaintiff notified the court of his intention to stand by his complaint. (Doc. No. 22).

Accordingly, on April 20, 2020, the magistrate judge issued findings and recommendations recommending that this action be dismissed for failure to state a claim. (Doc. No. 23 at 9.) The findings and recommendations were served on plaintiff and contained notice

1

that any objections thereto were to be filed within twenty-one (21) days after service.  (*Id.* at 9.) To date, plaintiff has not filed objections, and the time for doing so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on April 20, 2020 (Doc. No. 23) are adopted in full;
2. This action is dismissed for failure to state a claim; and
3. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated:   **August 11, 2020**              *Dale A. Drozd*
                                          UNITED STATES DISTRICT JUDGE