UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMANE DARNELL CARTHEN,<br><br>   Plaintiff,<br><br>   v.<br><br>P. SCOTT, et al.,<br><br>   Defendants. | Case No. 1:19-cv-00227-DAD-EPG (PC)<br><br>ORDER DIRECTING PLAINTIFF TO FILE MOTION FOR LEAVE TO AMEND AND PROPOSED AMENDED COMPLAINT |

Tremane Darnell Carthen ("Plaintiff") is a federal prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action.

The United States Court of Appeals for the Ninth Circuit directed this Court to "consider whether Carthen should be allowed to file an amended complaint." (ECF No. 33, p. 2). Plaintiff has not yet filed his motion for leave to amend or his proposed amended complaint with this Court.

Accordingly, IT IS ORDERED that Plaintiff has thirty days from the date of service of this order to file his motion for leave to amend, along with his proposed amended complaint.

IT IS SO ORDERED.

   Dated:   **September 20, 2021**            /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE

1