UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMANE DARNELL CARTHEN,<br><br>    Plaintiff,<br><br>    v.<br><br>P. SCOTT, et al.,<br><br>    Defendants. | Case No. 1:19-cv-00227-DAD-EPG (PC)<br><br>ORDER DIRECTING SERVICE BY THE UNITED STATES MARSHALS SERVICE WITHOUT PREPAYMENT OF COSTS |

The Court previously found service of the first amended complaint appropriate for the following defendants: P. Scott, G. Perez, N. Bradley, and Lodge. (ECF No. 39). On December 28, 2021, Plaintiff returned the completed service documents. (ECF No. 40).

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to forward the following documents to the United States Marshal:

    a) One completed and issued original summons for each defendant to be served, as well as one for the civil-process clerk at the United States Attorney's Office and one for the Attorney General of the United States at Washington, D.C.;

    b) One completed USM−285 form for each defendant to be served, as well as one for the civil-process clerk at the United States Attorney's Office and one for the Attorney General of the United States at Washington, D.C.;

1

    c) One copy of the First Amended Complaint lodged on October 7, 2021, for each defendant to be served, as well as one copy for service upon the civil-process clerk at the United States Attorney's Office, one copy for service upon the Attorney General of the United States at Washington D.C., and one copy for the United States Marshal;

    d) One copy of this order for each defendant to be served, as well as one copy for service upon the civil-process clerk at the United States Attorney's Office, one copy for service upon the Attorney General, and one copy for the United States Marshal;

2. Within ten days from the date of this order, the United States Marshal is directed to notify the following defendants of the commencement of this action and to request a waiver of service in accordance with the provisions of Fed. R. Civ. P. 4(d) and 28 U.S.C. § 566(c):

    a) **P. Scott;**

    b) **G. Perez;**

    c) **N. Bradley; and**

    d) **Lodge.**

3. The United States Marshal shall file returned waivers of service as well as any requests for waivers of service that are returned as undelivered as soon as they are received.

4. If a waiver of service is not returned by a defendant within sixty days of the date of mailing the request for waiver, the United States Marshal shall:

    a) Personally serve process and a copy of this order upon the defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c) and shall command all necessary assistance from the United States Bureau of Prisons (BOP) to execute this order.  The United States Marshal shall maintain the confidentiality of all information provided by the BOP pursuant to this order.

    b) Within ten days after personal service is effected, file the return of service for the defendant, along with evidence of any attempts to secure a waiver of service of process and of the costs subsequently incurred in effecting service on said defendant.  Said costs shall be enumerated on the USM−285 form and shall include the costs incurred by the United States Marshal's office for photocopying additional copies of the

summons and complaint and for preparing new USM−285 forms, if required.  Costs of service will be taxed against the personally served defendant in accordance with the provisions of Fed. R. Civ. P. 4(d)(2).

5. If defendants waive service, they are required to return the signed waivers to the Marshals Service.  The filing of an answer or a responsive motion does not relieve defendants of this requirement, and the failure to return the signed waivers may subject defendants to an order to pay the costs of service pursuant to Fed. R. Civ. P. 4(d)(2).

6. In the event that defendants either waive service or are personally served, defendants are required to reply to the complaint.  42 U.S.C § 1997e(g)(2).

7. Additionally, the United States Marshal is directed to serve a copy of the summons, the complaint, and this order upon:

    a) The civil-process clerk at the United States Attorney's Office, via registered or certified mail (Fed. R. Civ. P. 4(i)(1)(A)(ii)); and

    b) The Attorney General of the United States at Washington, D.C., via registered or certified mail (Fed. R. Civ. P. 4(i)(1)(B)).

IT IS SO ORDERED.

Dated:  **December 29, 2021**         /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE