UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMANE DARNELL CARTHEN,<br><br>Plaintiff,<br><br>v.<br><br>P. SCOTT, et al.,<br><br>Defendants. | Case No. 1:19-cv-00227-DAD-EPG (PC)<br><br>ORDER RE: FORM USM-285 |

Tremane Darnell Carthen ("Plaintiff") is a federal prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action.

On December 28, 2021, Plaintiff returned the completed service documents. (ECF No. 40). On December 29, 2021, the Court ordered the United States Marshals Service to serve Defendants, as well as the United States Attorney's Office and the Attorney General of the United States at Washington, D.C.. (ECF No. 41). On January 7, 2022, the summons was returned executed as to the United States Attorney's Office. (ECF No. 42).

In the "Special Instructions" section of the Form USM-285 that was returned, and possibly in others as well, Plaintiff requests that a lien be placed on Defendants' property. This is improper. Form USM-285 is a service form. If Plaintiff wants relief from the Court, he must file a motion with the Court. Accordingly, the Court will take no action on the request included in Form USM-285, and the parties may disregard that portion of the service form at this time.
IT IS SO ORDERED.

Dated:   **January 10, 2022**            /s/ Erica P. Grosjean
                              UNITED STATES MAGISTRATE JUDGE

1