UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMANE DARNELL CARTHEN, | Case No. 1:19-cv-00227-DAD-EPG (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' REQUEST TO CONTINUE RESPONSE DEADLINE |
| v. | |
| P. SCOTT, et al., | (ECF No. 49) |
| Defendants. | |

On April 15, 2022, Defendants filed a motion for an extension of time to file their responsive pleading. (ECF No. 49). Defendants state that their request to be represented by the Department of Justice was approved on April 7, 2022. Accordingly, Defendants need an extension of time "to permit each defendant to consult with counsel regarding the case and for counsel to prepare a response to the complaint." (Id. at 1). Defendants ask that they be given until May 18, 2022, to file their responsive pleading.

The Court finds good cause to grant Defendants' motion.

\\\
\\\
\\\
\\\
\\\

1

Accordingly, IT IS HEREBY ORDERED that Defendants have until May 18, 2022, to file their responsive pleading.

IT IS SO ORDERED.

Dated: **April 18, 2022**                    /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE