UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMANE DARNELL CARTHEN,<br><br>                                       Plaintiff,<br><br>v.<br><br>P. SCOTT, et al.,<br><br>                                       Defendants. | Case No. 1:19-cv-00227-DAD-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO MODIFY SCHEDULE<br><br>(ECF No. 57) |

On June 3, 2022, Defendants filed a request to modify the schedule. (ECF No. 57). Defense counsel states that he "will be overseas on personal travel from June 7, 2022, to June 21, 2022, with extremely limited access to email and other resources to review the opposition, consult with the Defendants, and prepare a reply." (Id. at 2). Defendants ask that their deadline to file reply brief(s) in support of their motion to dismiss be extended to July 5, 2022,[1] and that the deadline to file scheduling and discovery statements be extended to July 22, 2022.

The Court finds good cause to grant Defendants' Request.

Accordingly, IT IS HEREBY ORDERED that:

   1. Defendants' reply brief(s) in support of their motion to dismiss shall be filed on or before July 5, 2022, or within fourteen days after Plaintiff files his opposition,

---

[1] Plaintiff has not yet filed his opposition.

1

1 | whichever is later; and

2 |   2. The deadline for the parties to file their scheduling and discovery statements is extended to July 22, 2022.

IT IS SO ORDERED.

Dated: **June 6, 2022**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE