UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMANE DARNELL CARTHEN,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>P. SCOTT, et al.,<br><br>　　　　　　　　　　　　　Defendants. | Case No. 1:19-cv-00227-DAD-EPG (PC)<br><br>ORDER ALLOWING PLAINTIFF TO FILE SUR-REPLY RE: <u>EGBERT V. BOULE</u> |

Tremane Carthen ("Plaintiff") is a federal prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action.

On May 18, 2022, Defendants filed a motion to dismiss. (ECF No. 54). On June 13, 2022, Plaintiff filed his opposition. (ECF No. 62).[1] On July 5, 2022, Defendants filed their reply. (ECF No. 66).

In their reply, Defendants make arguments based on <u>Egbert v. Boule</u>, 142 S. Ct. 1793 (2022), which, as Defendants point out, was decided after their motion to dismiss was filed (ECF No. 66, p. 1).

---

[1] While the Court received Plaintiff's opposition on June 13, 2022, the certificate of service states that Plaintiff's opposition was served on May 29, 2022. (ECF No. 62, p. 13).

1

As Plaintiff has not had an opportunity to address Defendants' arguments related to <u>Egbert v. Boule</u>, the Court will give Plaintiff an opportunity to address these arguments if he chooses to do so.

Accordingly, IT IS HEREBY ORDERED that Plaintiff has twenty-one days from the date of service of this order to file a sur-reply that addresses only the arguments in Defendants' reply related to <u>Egbert v. Boule</u> if he chooses to do so.

IT IS SO ORDERED.

Dated:   **July 11, 2022**                         /s/ Eric P. Grosjean
                                                   UNITED STATES MAGISTRATE JUDGE