UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMANE DARNELL CARTHEN,<br><br>  Plaintiff,<br><br>  v.<br><br>P. SCOTT, et al.,<br><br>  Defendants. | No. 1:19-cv-00227-ADA-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT COMPLAINT<br><br>(ECF Nos. 63, 65) |

Tremane Darnell Carthen ("Plaintiff") is a federal prisoner, proceeding *pro se* and *in forma pauperis*, in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 27, 2022, Plaintiff filed a motion for leave to supplement his complaint to add an Eighth Amendment sexual assault/sexual harassment/excessive force claim, a Fourth Amendment unreasonable search and seizure claim, and a First Amendment retaliation claim based on incidents that occurred at the United States Penitentiary, Lee County, in Virginia. (ECF Nos. 63, 64.) On June 29, 2022, the assigned Magistrate Judge entered findings and recommendations, recommending that Plaintiff's motion for leave to supplement his complaint be denied. (ECF No. 65 at 5-6.) The parties were provided an opportunity to file objections to the findings and recommendations. No objections were filed.

///

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on June 29, 2022, (ECF No. 65), are adopted in full; and
2. Plaintiff's motion for leave to supplement his complaint, (ECF No. 63), is DENIED.

IT IS SO ORDERED.

Dated:   October 5, 2022

_____
UNITED STATES DISTRICT JUDGE