1

2

3

4

5

6

7                                  UNITED STATES DISTRICT COURT

8                                   EASTERN DISTRICT OF CALIFORNIA

9

10

| | |
|---|---|
| TREMANE DARNELL CARTHEN,<br><br>                                    Plaintiff,<br><br>            v.<br><br>P. SCOTT, et al.,<br><br>                                    Defendants. | Case No. 1:19-cv-00227-ADA-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO OBJECT TO FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 83) |

17        Tremane Carthen ("Plaintiff") is a federal prisoner proceeding *pro se* and *in forma pauperis*

18   with this civil rights action.

19        On February 15, 2023, Plaintiff filed objections to the findings and recommendations issued

20   on January 20, 2023, or in the alternative, a request for an extension of time to file objections.

21   (ECF No. 83).  Plaintiff states that he needs additional time to adequately object because he is

22   going to be transferred to another institution and he does not have access to his legal property,

23   which was packed in November of 2022.

24        The Court finds good cause to grant Plaintiff's request for an extension of time.  The Court

25   notes that, if Plaintiff files additional objections, those objections should be complete in

26   themselves.  The Court will not consider the objections included in the request for an extension of

27   time.

28   \\\

1

Accordingly, IT IS HEREBY ORDERED that Plaintiff has thirty days from the date of service of this order to file objections to the findings and recommendations issued on January 20, 2023 (ECF No. 82).

IT IS SO ORDERED.

Dated:   **February 16, 2023**                    /s/ _Erica P. Grosjean_

UNITED STATES MAGISTRATE JUDGE