UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMANE DARNELL CARTHEN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>P. SCOTT, et al.,<br><br>　　　　　　Defendants. | No. 1:19-cv-00227-DAD-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANTS' MOTION TO DISMISS, AND DISMISSING THIS ACTION<br><br>(Doc. Nos. 54, 82) |

Plaintiff Tremane Darnell Carthen is a federal prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971). This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On January 30, 2023,[1] the assigned magistrate judge issued findings and recommendations recommending that defendants' motion to dismiss plaintiff's first amended complaint (Doc. No. 54) be granted and that this action be dismissed due to plaintiff's failure to state a cognizable claim under *Bivens*. (Doc. No. 82.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within twenty-one (21) days after service. (*Id.*)

---

[1] This action was reassigned to the undersigned on April 3, 2024. (Doc. No. 89.)

1

1       On February 15, 2023, plaintiff filed objections to the pending findings and
2  recommendations.  (Doc. No. 83.)  However, in those 12 pages of objections, plaintiff merely
3  recites portions of the findings and recommendations and restates the arguments that he had
4  advanced in his opposition to defendants' motion to dismiss and that the magistrate judge already
5  thoroughly addressed in the pending findings and recommendations.  (*Id.*)  Despite advancing
6  these purported objections, plaintiff also requested an extension of time in which to file objections
7  to the pending findings and recommendations, which the magistrate judge granted on February
8  16, 2023.  (Doc. No. 84.)
9       Thereafter, on April 11, 2023, plaintiff again requested an extension of time in which to
10 file objections to the pending findings and recommendations.  (Doc. No. 85.)  In an order issued
11 on April 12, 2023, the magistrate judge granted plaintiff's second request for an extension of time
12 in which to file objections.[2]  (Doc. No. 86.)  Nevertheless, no further objections to the findings
13 and recommendations have been filed, and the time in which to do so as extended has now
14 passed.
15      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, the
16 court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file,
17 including plaintiff's objections, the court concludes that the findings and recommendations are
18 supported by the record and proper analysis.
19      Accordingly:
20      1.  The findings and recommendations issued on January 30, 2023 (Doc. No. 82) are
21          adopted in full;
22      2.  Defendants' motion to dismiss (Doc. No. 54) is granted;
23 /////
24 /////

---

[2] The service copy of the court's April 12, 2023 order, which was mailed to plaintiff at his address of record, was returned to the court marked as "Undeliverable, Moved."  Thus, plaintiff was required to file a notice of his change of address with the court no later than July 3, 2023.  To date, plaintiff has not filed a notice of his change of address or otherwise communicated with the court.

2

3. This action is dismissed; and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**April 3, 2024**__              /s/ Dale A. Drozd
                                          DALE A. DROZD
                                          UNITED STATES DISTRICT JUDGE