UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMANE DARNELL CARTHEN, | No. 1:19-cv-00227-DAD-EPG |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| P. SCOTT, et al., | |
| Defendants. | |

On July 19, 2024, the court denied plaintiff's motion to reopen this action.  (Doc. No. 93.) On May 28, 2025, the Ninth Circuit Court of Appeals reversed that order, construing a portion of plaintiff's motion as a motion to reopen the time to appeal under Federal Rule of Appellate Procedure 4(a)(6), and remanded the action to this court to determine whether to grant plaintiff's motion to reopen the time to appeal.[1]  (Doc. No. 102.)  On August 25, 2025, the court set a briefing schedule regarding plaintiff's motion to reopen the time to appeal.  (Doc. No. 103.)  On November 5, 2025, the court granted plaintiff's motion to reopen the time to appeal and authorized plaintiff to file a notice of appeal with the Ninth Circuit within fourteen (14) days of the date of entry of that order.  (Doc. No. 106.)  To date, plaintiff has filed no notice of appeal and the time in which to do so has passed.  Accordingly, plaintiff is ORDERED TO SHOW CAUSE

---

[1] The court received the Ninth Circuit's order on August 20, 2025.

1

in writing by no later than July 21, 2026 why this action should not be closed for failure to prosecute.

     IT IS SO ORDERED.

Dated:   **July 6, 2026**

                                      DALE A. DROZD
                                      UNITED STATES DISTRICT JUDGE

2